JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL CORONEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY;<br>FIESTA FORD; and DOES 1<br>through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 2:19-cv-09841-DSF-JEM**<br><br>**ORDER TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>Ctrm:　　　　7D<br>Judge:　　　The Hon. Dale S. Fischer<br><br>State Action Filed: October 15, 2019<br>Trial Date:　　　September 28, 2021 |

Based on the Parties' Joint Stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the Joint Stipulation.

Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: July 7, 2021

_____
Hon. Dale S. Fischer
United States District Judge